IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 1:25-cv-01370-LMB-LRV |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Navy Federal Credit Union Foundation,** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patent Armory Inc. ("Plaintiff") and Defendant Navy Federal Credit Union ("Defendant"), incorrectly named Navy Federal Credit Union Foundation in the Complaint, hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 2, 2025

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

1

By: */s/ Michael J. Ballanco*
Michael J. Ballanco (Va. Bar # 87293)
ballanco@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Neil J. McNabnay (*pro hac* to be filed)
Lance E. Wyatt (*pro hac* to be filed)
wyatt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Phone: (214) 747-5070
Fax: (214) 747-2091


**Counsel for Defendant
Navy Federal Credit
Union**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 2, 2025 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff